The State of Texas
v.
Richard Lee Dixon

F1512251

Writ of Mandamus

Austin TX

Lowering Bail To Correct Schedule Amount

Comes Now Richard Lee Dixon Pro Se Defendant seeking a writ pursuant 52.1 of TX C.C.P. in the Honorable Court 291st of Dallas County and instructing the Judge to honor the bail schedule in line with the crime. Bail is currently set at $100,000 for an asslt fam/violence, a 3rd degree felony which was enhanced by a previous one that was no-billed F1445484 in Oct of 2014. Which would also reduce the bond since it would not be 2 in 1yr class anymore. Please instruct Trial Court to do so; lower bond to an amount not used as punishment but reflective of normal bond amounts.

Defendant Pro Se prays for relief and swears the above and foregoing is true under penalty of perjury.
Unsworn Declaration

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 23 2015
Abel Acosta, Clerk

9-18-15
Richard Lee Dixon Pro Se Defendant
Dallas County Jail KT-2F
P.o. Box 660334
Dallas TX 75266